<div align="center">

**SHAKED LAW GROUP, P.C.**
ATTORNEYS-AT-LAW
14 HARWOOD COURT, SUITE 415
SCARSDALE, NEW YORK 10583

_____

TEL  (917) 373-9128
FAX  (718) 504-7555
ShakedLawGroup@Gmail.com

</div>

June 10, 2021



**VIA ELECTRONIC FILING**
Honorable Katherine Polk Failla
Judge, United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **Linda Slade, et al. v. Dyln Inc.**
      **Case No. 1:21-cv-1927-KPF**
      **Request for Adjournment of Initial Status Conference**

Dear Judge Failla,

　　The undersigned represents the Plaintiff in the above-referenced matter. An Initial Status Conference (the "Conference") is scheduled for June 18, 2021 at 3:30 p.m.

　　This request is made on behalf of both Plaintiff and Defendant. The Parties respectfully request a two-week adjournment of the Conference. The reason for the request is as follows: The Parties have reached a settlement in the matter and require an additional two week period to finalize the terms.

　　Therefore, the Parties respectfully requests that the Initial Status Conference be adjourned for two-weeks. No prior application has been made for this relief

　　Thank you for your attention to this matter.

<div style="margin-left:50%">

Respectfully submitted,

*/s/Dan Shaked*_____
Dan Shaked
*Attorney for Plaintiffs*

</div>

cc: Martin S. Krezalek, Esq.

The Court is in receipt of the parties' request to adjourn the initial pretrial conference.  Based on the parties' representation that they have reached a settlement, the initial pretrial conference scheduled for June 18, 2021, is hereby ADJOURNED *sine die*.  The parties are directed to submit a joint status letter to the Court on or before June 25, 2021.

Dated:     June 11, 2021              SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE